**Vivian L. PRUE**

v.

**Francis J. PRUE.**

Supreme Judicial Court of Maine.

Dec. 18, 1978.

---

Daniel J. Murphy, Lewiston (orally), for plaintiff.

Vafiades, Brountas & Kominsky by Susan R. Kominsky (orally), Marvin H. Glazier, Bangor, for defendant.

Before McKUSICK, C. J., and POMEROY, ARCHIBALD, DELAHANTY and GODFREY, JJ.

### MEMORANDUM OF DECISION.

This is an appeal by the plaintiff wife in a divorce action. It follows the denial by the Superior Court of a *"motion for Declaratory Relief and for Interpretation"*. The motion arises from a 1963 reconciliation agreement entered into by the parties.

The ruling from which appeal is sought to be taken is not a final judgment, nor does it fall within any of the statutorily or judicially recognized exceptions to the *"final judgment rule"*. We are unwilling to establish such an exception here. *See generally, Maine Central Railroad, et al. v. Bangor & Aroostook Railroad*, Me., 395 A.2d 1107 (1978), and cases cited therein. *See also Gulesian v. Gulesian*, Me., 377 A.2d 119, 120 (1977).[1]

The entry is:

Appeal dismissed.

WERNICK and NICHOLS, JJ., did not sit.

1. Denial of motion for separate support pending divorce held interlocutory and not appealable.